NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**COCONA, INC.,**
*Appellant*

**v.**

**VF OUTDOOR, LLC,**
*Cross-Appellant*

---

2020-1448, 2020-1534

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2018-00190.

---

## JUDGMENT

---

JASON STEWART JACKSON, Kutak Rock LLP, Denver, CO, argued for appellant.  Also represented by CHAD T. NITTA.

PETER GERGELY, Merchant & Gould P.C., New York, NY, argued for cross-appellant.  Also represented by RACHEL C. HUGHEY, Minneapolis, MN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, MOORE, and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>March 4, 2021</u>    <u>/s/ Peter R. Marksteiner</u>
Date    Peter R. Marksteiner
    Clerk of Court